# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MARK MCCOOL, SHAWN MACDONALD, and WARREN HARLAN individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>AHS MANAGEMENT COMPANY, INC., BOARD OF DIRECTORS OF AHS MANAGEMENT COMPANY, INC., and ARDENT HEALTH SERVICES BENEFITS PLAN ADMINISTRATION COMMITTEE.<br>    Defendants. | Case No. 3:19-cv-1158<br>Judge Campbell/Frensley |

## ORDER

The Court held a case management conference with the Parties on November 6, 2020 to discuss the status of this case. Within 14 days of a ruling on the pending motion to dismiss, the Parties shall contact the undersigned to schedule a subsequent case management conference if necessary.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**