IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK MCCOOL, SHAWN MACDONALD, AND WARREN HARLAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AHS MANAGEMENT COMPANY, INC., et al., <br><br> Defendants. | NO. 3:19-cv-01158 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

The parties are **ORDERED** to engage in mediation with a mediator jointly agreed upon by the parties within ninety days of entry of this Order. The parties shall file a joint status report within five business days of the conclusion of mediation. Pending the foregoing, the Clerk is directed to administratively close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE