UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK MCCOOL, SHAWN MACDONALD, and WARREN HARLAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>AHS MANAGEMENT COMPANY, INC., BOARD OF DIRECTORS OF AHS MANAGEMENT COMPANY, INC., and ARDENT HEALTH SERVICES BENEFITS PLAN ADMINISTRATION COMMITTEE,<br><br>    Defendants. | No. 3:19-cv-1158<br><br>Hon. William L. Campbell, Jr.<br><br>Magistrate Judge Frensley |

## ORDER VACATING DEADLINES IN LIGHT OF SETTLEMENT

The Court has considered the parties' joint motion to vacate deadlines in light of their agreement in principle to settle this case and grants the motion. The Court orders as follows:

- All pre-trial deadlines, the pre-trial conference on October 15, 2024, and the trial date starting October 22, 2024, are vacated.

- Plaintiffs shall file their Motion for Preliminary Approval under Federal Rule of Civil Procedure 23(e) by October 15, 2024.

Dated: September 17, 2024

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE