UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK MCCOOL, SHAWN MACDONALD, and WARREN HARLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AHS MANAGEMENT COMPANY, INC., BOARD OF DIRECTORS OF AHS MANAGEMENT COMPANY, INC., and ARDENT HEALTH SERVICES BENEFITS PLAN ADMINISTRATION COMMITTEE,<br><br>Defendants. | No. 3:19-cv-1158<br><br>Hon. William L. Campbell, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, MAINTAINING CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVING FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARILY APPROVING PLAN OF ALLOCATION, AND <u>SCHEDULING A DATE FOR A FINAL APPROVAL HEARING</u>**

Plaintiffs, Mark McCool, Shawn MacDonald, and Warren Harlan, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the Ardent Health Services Retirement Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Settlement" or "Settlement Agreement") entered into with Defendants,[1] and respectfully move the Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in

---

[1] Defendants refer, collectively, AHS Management Company, Inc. ("AHS") the Board of Directors of AHS Management company, Inc. ("Board"), and the Ardent Health Services Benefits Plan Administration Committee ("Committee).
1

support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: October 15, 2024								Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Email: markg@capozziadler.com

Peter A. Muhic
**MUHIC LAW, LLC**
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Telephone: (856) 324-8252
Email:  peter@muhiclaw.com

*Attorneys for Plaintiffs, the Plan and
the Proposed Class*

Nicholas Daniel Waite
**LAW OFFICES OF NICHOLAS D. WHITE, PLLC**
219 2nd Ave. N., Suite 400
Nashville, TN 37201
Telephone: (855) 566-3948
Email: waitelawoffices@gmail.com

*Local Co-Counsel for Plaintiffs Pursuant to
Local Rule 83.01(d)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh