UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK MCCOOL, SHAWN MACDONALD, and WARREN HARLAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AHS MANAGEMENT COMPANY, INC., BOARD OF DIRECTORS OF AHS MANAGEMENT COMPANY, INC., and ARDENT HEALTH SERVICES BENEFITS PLAN ADMINISTRATION COMMITTEE, <br><br> Defendants. | No. 3:19-cv-1158 <br><br> Hon. William L. Campbell, Jr. <br><br> Magistrate Judge Jeffery S. Frensley |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, MAINTAINING CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND APPROVING PLAN OF ALLOCATION**

Plaintiffs Mark McCool, Shawn MacDonald, and Warren Harlan, ("Plaintiffs"), participants in the Ardent Health Services Retirement Savings Plan ("Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on October 15, 2024, and previously filed with the Court on October 15, 2024 (ECF No. 157-1);

2. Maintaining class certification of this action pursuant to the Court's Opinion and Order Granting Plaintiffs' Motion for Class Certification on April 15, 2024 (ECF No. 164) and Order preliminarily approving the Settlement (ECF No. 165);

3. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

4. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

1. Memorandum of Law in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Maintaining Class Certification for Settlement Purposes, and Approval of Plan of Allocation; and

2. Declarations of Plaintiffs' Counsel, Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: June 16, 2025						Respectfully submitted,

                                      **CAPOZZI ADLER, P.C.**

                                      */s/ Mark K. Gyandoh*
                                      Mark K. Gyandoh
                                      312 Old Lancaster Road
                                      Merion Station, PA 19066
                                      Telephone: (610) 890-0200
                                      Facsimile: (717) 233-4103
                                      Email: markg@capozziadler.com

                                      **MUHIC LAW LLC**
                                      Peter A. Muhic
                                      923 Haddonfield Road, Suite 300
                                      Cherry Hill, NJ 08002
                                      Phone: (856) 324-8252
                                      Fax: (717) 233-4103
                                      Email: peter@muhiclaw.com

                                      **LAW OFFICES OF NICHOLAS D. WAITE, PLLC**
                                      Nicholas Daniel Waite
                                      219 2nd Ave. N., Suite 400
                                      Nashville, TN 37201
                                      Telephone: (855) 566-3948
                                      Phone: (855) 566-3948
                                      Email: waitelawoffices@gmail.com

                                      *Attorneys for Plaintiffs, the Plan*
                                      *and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.